FILED
JAN 22 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROSA C. MOORE,
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 08-1203-HU

ORDER

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3026.01 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No costs or expenses are to be paid. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310.

    DATED this 22 day of January, 2010.

Dennis J. Hubel
United States Magistrate Judge
District