FILED 02 AUG '11 12:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROSA C. MOORE,**  3:08-CV-1203-HU

        Plaintiff,

                              O R D E R

    v.

**MICHAEL J. ASTRUE,** Commissioner
of Social Security,

        Defendant.

---

    Merrill Schneider
    Schneider Law Offices
    P. O. Box 14490
    Portland, Oregon  97293

        Attorney for Plaintiff

Page 1 - ORDER

Adrian L. Brown
Brittania I. Hobbs
Assistant United States Attorneys
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Benjamin J. Groebner
Special Assistant United States Attorney
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on June 30, 2011. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated June 30, 2011 (#35) in its entirety.

IT IS HEREBY ORDERED that plaintiff's Motion for Attorney Fees [31] is granted in part. I award a fee of $8,597.88, with the sum of $3,026.01 refunded to the plaintiff representing EAJA fees already awarded.

DATED this /S/ day of August, 2011.

GARR M. KING
United States District Judge

Page 3 - ORDER